JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER NAILING, | Case No. 2:19-cv-08897-AB-JC |
| Plaintiff, | |
| v. | JUDGMENT |
| DONNA NAVARRO, et al., | |
| Defendants. | |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: March 23, 2022

_____
HONORABLE ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE